```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


KEROME LENDON PAISLEY,

                 Petitioner,

-vs-                                Case No.   2:07-cv-370-FtM-29DNF
                                    Case No.   2:03-cr-74-FTM-29DNF

UNITED STATES OF AMERICA,

                 Respondent.
_____
```

## OPINION AND ORDER

This matter comes before the Court on Petitioner's Request for a Certificate of Appealability and Motion for Leave to Proceed In Forma Pauperis (Doc. #10) dated October 7, 2008 and filed on October 14, 2008. The Request and Motion are construed to contain be filed in conjunction with a Notice of Appeal (Doc. #11).

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See <u>Slack v. McDaniel</u>, 529 U.S. 473,

484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001). "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On July 23, 2008, the Court entered an Opinion and Order (Doc. #8) denying petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, and to Correct, Sentence By a Person in Federal Custody. Judgment (Doc. #9) was entered on July 24, 2008. Upon review, the Court finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong. Additionally, the appeal appears to be untimely. Therefore, the certificate of appealability will be denied. As the certificate of appealability is being denied, the request to proceed *in forma pauperis* will also be denied.

Accordingly, it is now

**ORDERED:**

-2-

Petitioner's Request for a Certificate of Appealability and Motion for Leave to Proceed In Forma Pauperis (Doc. #10) are **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of October, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303